IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-2085-CMA-BNB

MEL BOMPREZZI,

Plaintiff,

v.

GRAHAM HOFFMAN, Dr.,
JULIE MEEKER, Dr.,
LISA TOEPP, Dr.,
POUNDS, Dr., and
DeCUARDO, Dr.,

Defendants.
_____

**ORDER**
_____

This matter arises on two letters filed by the plaintiff [Docs. ##20 and 23] (the "First Letter" and "Second Letter," respectively).

The plaintiff filed his Prisoner Complaint on August 14, 2013 [Doc. #4] (the "Complaint"). In his First Letter, the plaintiff seeks to amend his Complaint to add defendants and claims. He does not attach a proposed amended prisoner complaint, however. When seeking leave to amend a complaint, the motion to amend must detail the proposed amendments and the reasons why such amendments are necessary. In addition, the plaintiff must attach the proposed amended complaint to the motion. When the plaintiff files a proper motion to amend, the proposed amended complaint must be submitted, must be on the court's form, and shall be entitled Amended Prisoner Complaint. The proposed amended complaint must stand alone; it must contain all of the plaintiff's claims. Mink v. Suthers, 482 F.3d 1244, 1254 (10th Cir. 2007)

(stating that "an amended complaint supercedes an original complaint and renders the original complaint without legal effect").  The plaintiff's request to amend his Complaint is denied without prejudice subject to compliance with this order.

The plaintiff also seeks a 30 day extension of time to respond to the defendants' motion to dismiss [Doc. #17] because he is "attempting to get access to a legal book which talks about the legal elements for a preliminary injunction."  The defendants' motion to dismiss does not require a response from the plaintiff regarding "the legal elements for a preliminary injunction."  The request for extension of time is denied.

Finally, "[a] request for a court order must be made by motion."  Fed. R. Civ. P. 7(b)(1).  "The rules governing captions and other matters of form in pleadings apply to motions and other papers."  Fed. R. Civ. P. 7(b)(2).  Rule 10(a), Fed. R. Civ. P., requires that all papers have a caption with the court's name, a title, and a file number.  The plaintiff improperly submitted his requests in the form of a letter, not a motion as required.

The plaintiff's Second Letter does not seek any relief.  The plaintiff may not simply file letters with the court.  The Second Letter is stricken.

IT IS ORDERED:

(1)  The plaintiff's request to amend his Complaint is DENIED WITHOUT PREJUDICE;

(2)   The plaintiff's request for an extension of time to respond to the defendants' motion to dismiss is DENIED;

(3)  The Second Letter is STRICKEN;

(4)   All future applications to the court for relief shall be submitted in the form of a motion in compliance with Rules 7and 10;

(5)   The plaintiff shall cease filing letters with the court; and

(6)   Failure to comply with this order may result in sanctions, including dismissal of this case.

Dated January 24, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge