IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-2085-CMA-BNB

MEL BOMPREZZI,

Plaintiff,

v.

GRAHAM HOFFMAN, Dr.,
JULIE MEEKER, Dr.,
LISA TOEPP, Dr.,
POUNDS, Dr., and
DeCUARDO, Dr.,

Defendants.

---

**ORDER**

---

This matter arises the plaintiff 's **Request to Begin Discovery Process**  [Doc. #31,filed 04/03/2014] (the "Motion").  The Motion is DENIED.

The plaintiff requests that the parties be permitted to "begin the discovery process in order to prepare for jury trial."  The plaintiff filed his Prisoner Complaint on August 14, 2013 [Doc. #4] (the "Complaint").  The defendants filed a motion to dismiss the Complaint on November 8, 2013 [Doc. #17].[1]  A Scheduling Conference will not be set, and discovery will not commence, until after I issue a recommendation on the motion to dismiss.

IT IS ORDERED that the plaintiff 's Request to Begin Discovery Process  [Doc. #31] is DENIED.

---

[1]The plaintiff does not indicate that discovery is necessary in order to respond to the motion to dismiss, and the motion to dismiss does not raise factual issues which would necessitate discovery.

Dated April 21, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge