IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-2085-CMA-BNB

MEL BOMPREZZI,

Plaintiff,

v.

GRAHAM HOFFMAN, Dr.,
JULIE MEEKER, Dr.,
LISA TOEPP, Dr.,
POUNDS, Dr., and
DeCUARDO, Dr.,

Defendants.

_____

**ORDER**
_____

This matter arises on the following motions (the "Motions") filed by the plaintiff:

(1)  **Request That Preliminary Injunction Request Be Decided Before Summary Judgment** [Doc. #36,filed 05/05/2014];

(2)  **Expedited Ruling Request on Preliminary Injunction** [Doc. #42, filed 05/28/2014]; and

(3)  **Plaintiff's Request for Trial** [Doc. #46 filed 06/26/2014].

The plaintiff initially requested that a ruling on his motion for injunctive relief be issued prior to a ruling on summary judgment.  Subsequently, he requested that a ruling be issued as soon as possible.  Separately, I have recommended that the motion for injunctive relief be denied.  Accordingly, the plaintiff's requests are moot.

The plaintiff also requests that numerous trial issues be resolved at the Scheduling Conference on July 10, 2014. That request is also moot. Accordingly,

IT IS ORDERED that the Motions [Docs. ## 36, 42, and 46] are DENIED as moot.

Dated October 28, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge