IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02085-CMA-NYW

MEL BOMPREZZI,

    Plaintiff,
v.

DR. GRAHAM HOFFMAN,
DR. JULIE MEEKER,
DR. LISA TOEPP,
DR. PUONDS, and
DR. DeQUARDO,

    Defendants.
_____

**ORDER ON DEFENDANTS' MOTION TO RESTRICT**
_____

Magistrate Judge Nina Y. Wang

This matter comes before the court on Defendants' Motion to Restrict Exhibits A-3, A-4, A-6, A-7, and A-8 in Support of Defendants' Motion for Summary Judgment (Doc. 62) as a [sic] Level 2 Restricted Documents ("Motion to Restrict") [#69] filed on February 19, 2015. The Motion to Restrict was referred to the Magistrate Judge by Order of Reference dated September 13, 2013 [#13], Reassignment dated February 9, 2015 [#61], and Memorandum dated April 13, 2015 [#75].

Defendants sought to restrict certain exhibits filed in support of their Motion for Summary Judgment on the basis that such documents reflected confidential health information of Plaintiff Mel Bomprezzi ("Plaintiff" or "Mr. Bomprezzi"). [#69 at ¶2-3]. Mr. Bomprezzi responded on March 2, 2015 that he "waive[d] all privacy rights for Exhibits

A-3, A-4, A-6, A-7, and A-8." [#73].  The court construes Plaintiff's submission as an authorization to publicly disclose, as part of the court's official record, Exhibits A-3, A-4, A-6, and A-8, and that pursuant to such authorization, Mr. Bomprezzi waives all privacy rights, including but not limited under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), to these documents.  See 45 C.F.R. § 164.508.  Based on Plaintiff's statements, the court is prepared to deny Defendants' Motion to Restrict.  The court specifically advises Plaintiff that **if the court denies Defendants' Motion to Restrict, these documents will be available to the general public, and the topics therein will be subject to the public record.**

Therefore, IT IS ORDERED:

(1) If either party has concerns regarding Exhibits A-3, A-4, A-6, A-7, and A-8 being part of the public record, such party will file a supplemental response to the Motion to Restrict no later than May 15, 2015; and

(2) To the extent that no responses are received by May 15, 2015, the court will construe Mr. Bomprezzi's filing as a full authorization and waiver to disclose Exhibits A-3, A-4, A-6, A-7, and A-8 as part of the public record.

DATED:  April 27, 2015                               BY THE COURT:

                                                                    s/ Nina Y. Wang
                                                                    United States Magistrate Judge