IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 13-cv-02085-CMA-BNB

MEL BOMPREZZI,

    Plaintiff,

v.

DR. GRAHAM HOFFMAN,
DR. JULIE MEEKER,
DR. LISA TOEPP,
DR. POUNDS, and
DR. DEQUARDO,

    Defendants.

---

**ORDER ADOPTING AND AFFIRMING AUGUST 10, 2015
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

    This case was referred to United States Magistrate Judge Boyd N. Boland and subsequently reassigned to Magistrate Judge Nina Y. Wang pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72.  (Doc. ## 13, 61, 68.)  On August 10, 2015, Magistrate Judge Wang recommended that the Court grant Defendants' Motion for Summary Judgment (Doc. # 62).  (Doc. # 80.)  Magistrate Judge Wang's Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Magistrate Judge's Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation.  (*Id.* at 5.)  Despite this advisement, no party has objected to

Magistrate Wang's Recommendation.  "In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (observing that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings")).  Having reviewed the Recommendation, the Court discerns no clear error on the face of the record and finds that Judge Wang's reasoning is sound.

Accordingly, it is hereby ORDERED that the Recommendation of United States Magistrate Judge Wang (Doc. # 80) is AFFIRMED and ADOPTED as an Order of this Court.  Pursuant to the Recommendation, it is

FURTHER ORDERED that Defendants' Motion for Summary Judgment (Doc. # 62) is GRANTED.  It is

FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE in its entirety.

DATED:  September 2, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge