**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02085-CMA-BNB

MEL BOMPREZZI,

    Plaintiff,

v.

DR. GRAHAM HOFFMAN,
DR. JULIE MEEKER,
DR. LISA TOEPP,
DR. POUNDS, and
DR. DEQUARDO,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting and Affirming August 10, 2015 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on September 2, 2015, it is

ORDERED that the Recommendation of United States Magistrate Judge (Doc. 80) is AFFIRMED and ADOPTED as an order of this Court. Pursuant to the Recommendation, it is

FURTHER ORDERED that Defendant's Motion for Summary Judgment (Doc. 62) is GRANTED. It is

FURTHER ORDERED that Defendants shall have their costs by the filing of a

Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

Dated at Denver, Colorado this 2nd day of September, 2015

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ V. Barnes

V. Barnes
Deputy Clerk